United States Court of Appeals
 for the district of columbia circuit
 

No. 97-5343 September Term, 1997

United States of America,
 Appellee
 v.

Microsoft Corporation,
 Appellant
 

Consolidated with 98-5012

 
 Appeals from the United States District Court
 for the District of Columbia
 (No. 94cv01564)
 
 Before: Wald, Williams and Randolph, Circuit Judges.

 O R D E R

 It is ORDERED by the Court sua sponte that the opinion of June 23, 1998 be amended as
follows:
 
 The following citations to "X Areeda, Antitrust Law" should be changed to "X Areeda,
Elhauge & Hovenkamp, Antitrust Law." In the first citation, on page 23, the date (1996) remains
as is.
 
 Page 23: line 21 and note 11, line 7.

 Page 24: line 19.

 Page 26: line 20.

 Page 28: line 23.

 On page 26, line 33, the date (1991) should be inserted into the citation, producing "IX
Areeda, Antitrust Law  1700j at 15 (1991)."
 FOR THE COURT:
Mark J. Langer, Clerk
 BY: Eva Brown
 Deputy Clerk

Filed on July 7, 1998